IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No.: 5:17-cv-00454-FL

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )      **DEFAULT AGAINST CEDAR HILL**
                                   )      **HOMEOWNERS ASSOCIATION,**
        v.                         )      **INC.**
                                   )
MELANIE BOYD LEAK,                 )
MIA DANIELLE LEAK, and             )
CEDAR HILL HOMEOWNERS              )
ASSOCIATION, INC.                  )
                                   )
        Defendants.                )
                                   )

Default is hereby entered against defendant Cedar Hill Homeowners Association

pursuant to Fed. R. Civ. P. 55(a) for failing to plead or otherwise defend in this action.

Dated this _20_ day of _March_ , 2018.


PETER A. MOORE, JR.
Clerk of Court

1