IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No.: 5:17-cv-00454-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) ) | **DEFAULT AGAINST MELANIE BOYD LEAK** |
| v. | ) ) | |
| MELANIE BOYD LEAK, MIA DANIELLE LEAK, and CEDAR HILL HOMEOWNERS ASSOCIATION, INC. | ) ) ) ) ) | |
| Defendants. | ) ) | |

Default is hereby entered against defendant Melanie Boyd Leak pursuant to Fed. R. Civ. P. 55(a) for failing to plead or otherwise defend in this action.

Dated this _20_ day of _March_, 2018.

_____
PETER A. MOORE, JR.
Clerk of Court

1