IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:17-cv-00454-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **DEFAULT AGAINST MIA** |
| ) | **DANIELLE LEAK** |
| v. ) | |
| ) | |
| MELANIE BOYD LEAK, ) | |
| MIA DANIELLE LEAK, and ) | |
| CEDAR HILL HOMEOWNERS ) | |
| ASSOCIATION, INC. ) | |
| ) | |
| Defendants. ) | |

Default is hereby entered against Mia Danielle Leak pursuant to Fed. R. Civ. P. 55(a) for failing to plead or otherwise defend in this action.

Dated this 7 day of December, 2018

PETER A. MOORE, JR.
Clerk of Court