IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
No.: 5-17-cv-00454-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MELANIE BOYD LEAK, )<br>MIA DANIELLE LEAK, and )<br>CEDAR HILL HOMEOWNERS' )<br>ASSOCIATION )<br>)<br>Defendants. )<br>) | **ORDER** |

Upon consideration of the United States' Motion for Confirmation of Sale and Distribution of Sale Proceeds, the Court having previously entered an Order of Sale directing the sale of certain real property (Dkt. No. 56), and good cause having been shown, the Court hereby GRANTS the motion. It is hereby:

ORDERED that the sale of the real property located at 541 Pine Ridge Place, Raleigh, North Carolina 27609 for the amount of $97,500 is confirmed;

ORDERED that the United States convey by deed the property at issue to the purchaser, Manor Holdings, LLC;

ORDERED that the Clerk of Court distribute the funds deposited into its registry in this action as follows:

1. First, $8,145.89 made payable to "United States Treasury" and mailed to Internal Revenue Service, ATTN: Sloane Wilkinson, PALS, 3340 Jaeckle Dr. #101, Wilmington, NC 28403;

1

2. Second, $3,403.07 made payable to "Wake County Tax Administration" referencing "APN # 1716055861" and mailed to Wake County Tax Administration, c/o Dan McCarty, 35 301 S. McDowell St., Ste. 3800, Raleigh, NC 27601, on account of unpaid property taxes for the years 2018 through 2021;

3. Third, $85,951.04 made payable to "United States Department of Justice" and mailed to Tax FLU, Office of Review, P.O. Box 310, Washington, DC 20044.

SO ORDERED this 18 day of February, 2022

LOUISE W. FLANAGAN
United States District Judge